**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2059**

_____

MARY JOYCE BROWN,

Plaintiff - Appellant,

versus

FIRST CITIZENS BANK,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge.  (CA-97-2251-8-13AK)

_____

Submitted:  January 29, 1999          Decided:  March 9, 1999

_____

Before WILKINS, HAMILTON, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hal Jerome Warlick, WARLICK LAW OFFICE, Easley, South Carolina, for
Appellant.  Charles T. Speth, HAYNSWORTH, BALDWIN, JOHNSON &
GREAVES, L.L.C., Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary Joyce Brown appeals the district court's award of summary judgment for Appellee in this action alleging racially discriminatory employment practices. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. First Citizens Bank, No. CA-97-2251-8-13AK (D.S.C. June 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2